## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HARRISBURG INVESTORS GENERAL
PARTNER, LLC T/A HARRISBURG MALL
LIMITED PARTNERSHIP,

         Respondent

         v.

PIZZA ZONE, LLC, D/B/A PIZZA ZONE,
MOHAMED ELBAYOUMY AND RASH
ELNAGGAR,

         Petitioners

:  No. 504 MAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Petition for Allowance of Appeal is

**DENIED**.